IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS


**WALTER CURTIS MOLES**
**REG.#19886-009**
**ADC#119166**                                                              **PETITIONER**


**V.**                           **CASE NO. 5:09CV00073 JMM**


**LARRY NORRIS, DIRECTOR**
**ARKANSAS DEPARTMENT OF CORRECTION**                  **RERSPONDENT**


**ORDER**

Petitioner's Motion to Seal the Record, and File any R & R and Orders "In Camera" is granted in part and denied in part (#35). The Clerk of the Court is directed to seal docket entries #22, #24, #30, #32, #34, #35, and any pleadings filed in response to docket entries #32 and #34. The decision as to whether to seal any Orders or additional Proposed Findings and Recommended Dispositions issued by the Court will be made at the time of entry of such Order or Proposed Findings and Recommendation.

IT IS SO ORDERED THIS   23   day of   November  , 2010.


_____
James M. Moody
United States District Judge