# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALTER CURTIS MOLES**
**REG. #19886-009**
**ADC#119166**
                                                                                    **PETITIONER**

**VS.**                    **5:09CV00073 JMM**

**LARRY NORRIS, Director**
**Arkansas Department of Correction**                                               **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this __2__ day of __February__, 2011.

_____
UNITED STATES DISTRICT JUDGE